Law Offices of Brown and Seelye
744 S Fawcett Ave
Tacoma, WA 98402
253-573-1958

Case Name:  CHRISTOPHER & KRYSTA CARPER

Case No.: 17-40600-MJH

ATTORNEY ELLEN ANN BROWN

| Date | Description | Initials | Cost | Time |
|---|---|---|---|---|
| 10/24/16 | Free Consultation | EAB | | 0.00 |
| 2/14/17 | Meeting with client: prepare intake sheet & review docs | EAB | | 1.0 |
| 2/15/17 | Prepare Chapter 13 and Plan; Statements and Schedules; CMI | EAB | | 2.5 |
| 2/22/17 | Review appointment; sign documents; file with court | EAB | | 2.0 |
| 2/23/17 | Letter to client re: documents, 4002 documents, 341 meeting | EAB | | .5 |
| 2/23/17 | Review repeat filer information from ecf | EAB | | .1 |
| 3/10/17 | Review Proof of Claim by Wells Fargo Bank | EAB | | .1 |
| 3/15/17 | Review Motion for Relief from Stay TwinStar CU; call to clients | EAB | | .5 |
| 3/17/17 | Review 341 notes and issues from Chapter 13 Trustee | EAB | | .3 |
| 3/19/17 | Emails to and from client re certificates and court | EAB | | .2 |
| 3/23/17 | Attend Court: 341 Meeting of Creditors | EAB | | 1.0 |
| 3/24/17 | Prepare and file Amended Plan and A/B, C, G Schedules | EAB | | 1.5 |
| 3/27/17 | Email to and from Ch 13 Trustee re: Value of 2007 Malibu; Amend C | EAB | | .5 |
| 4/6/17 | Review Proof of Claim from Park Street Dental | EAB | | .1 |
| 4/21/17 | Review Recommendation for Order Confirming Plan | EAB | | .1 |
| 5/2/17 | Review Proof of Claim Dynamic Collectors | EAB | | .1 |
| 5/4/17 | Review Proof of Claim Comenity Capital Bank/Paypal Credit | EAB | | .1 |
| 5/11/17 | Review Proof of Claim Puget Sound Collections | EAB | | .1 |
| 5/12/17 | Prepare and file Application for Fees; Review of file | EAB | | .5 |
| | | | | |
| | | | | |
| TOTAL ATTORNEY FEES: $350.00 per hour * 11.2 hours= $3920.00 | | | | 11.2 |