Entered on Docket January 29, 2019

Below is the Order of the Court.

*Mary Jo Heston*
_____
Mary Jo Heston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

Re

CHRISTOPHER GEORGE CARPER
KRYSTA GAYLE CARPER

Debtor.

In Chapter 13 Proceeding
No. 17-40600-MJH

**ORDER GRANTING MOTION TO APPOINT ATTORNEY ON POST PETITION ACCIDENT UIM CLAIM NUNC PRO TUNC, APPROVE UIM POLICY CLAIM AND DEBTOR(S) EXEMPTIONS**

It is ORDERED that Althauser, Rayan Abbarno, LLP is appointed nunc pro tunc as attorneys in the Debtor's post petition accident on 7/16/17, the UIM policy claim is allowed in the gross amount of $27,050 and the net proceeds of $16,367 are awarded to the Debtors under their exemptions in this case.

///END OF ORDER///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958